PROB 12C
(7/93) Case 2:97-cr-00411-WHW   Document 17   Filed 10/17/06   Page 1 of 2 PageID: 1

RECEIVED
OCT 18 2006
U.S. PROBATION OFFICE
NEWARK, N.J.

# United States District Court

## for

## District of New Jersey

### Petition for Warrant for Offender Under Supervision

Name of Offender: Daniel Solley                                      Cr.: 97-00411-001

Name of Sentencing Judicial Officer: Honorable William H. Walls, U.S. District Judge

Date of Original Sentence: 12/01/97

Original Offense: Bank Robbery by Force or Violence

Original Sentence: 84 months imprisonment, 3 years supervised release.

Type of Supervision: Supervised release                    Date Supervision Commenced: 08/19/05

Assistant U.S. Attorney: Barry Pollack                    Defense Attorney: Stacey Biancamano,
                                                           Assistant Federal Public Defender

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On June 10, 2006, New York State Police arrested Solley in Hunter, New York. He was charged with Driving while Intoxicated, Reckless Endangerment (2nd degree), Reckless Driving, Consumption of Alcohol in a Motor Vehicle, and eight (8) motor vehicle infractions. On June 21, 2006, the offender pled guilty in Hunter Municipal Court to Driving while Intoxicated and Reckless Driving, and he was sentenced to nine (90) days jail. |
| 2. | The offender has violated the supervision condition which states **The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance.**' |
| | On June 10, 2006, Solley was arrested and charged by New York State Police with Driving while Intoxicated. On June 21, 2006, he admitted that he used alcohol on June 10, 2006 as evidenced by his guilty plea to Driving while Intoxicated on that date. |

I declare under penalty of perjury that the foregoing is true and correct.

*Thomas Stone*

By: Thomas Stone
Senior U.S. Probation Officer

Date: 10/05/06

THE COURT ORDERS:

[V] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

17 October 2006
Date

TOTAL P.03